

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00153-CV

Bobin Thomas **GEORGE**,
Appellant

v.

Bobbie Ann **DIRR**,
Appellee

From the 456th District Court, Guadalupe County, Texas
Trial Court No. 24-1568-CV-E
Honorable Heather H. Wright, Judge Presiding

PER CURIAM

Sitting:  Rebeca C. Martinez, Chief Justice
H. Todd McCray, Justice
Velia J. Meza, Justice

Delivered and Filed: September 3, 2025

DISMISSED WITH PREJUDICE

On July 30, 2025 appellant filed a motion to dismiss this appeal. After consideration, the

court GRANTS appellant's motion, and DISMISSES this appeal WITH PREJUDICE.

PER CURIAM